# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Ruben Rodriguez, Jr.,

Vs.   No. 11-13-00286-CV

Naomi Sanchez Rodriguez,

* From the 244th District Court
   of Ector County,
   Trial Court No. C-128,144.

* November 21, 2013

* Per Curiam Memorandum Opinion
   (Panel consists of: Wright, C.J.,
   Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.   The costs incurred by reason of this appeal are taxed against Ruben Rodriguez, Jr.